✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:25-CR-00005-001 |
| **CRYSTAL MARIE DACUS** | |

Crystal Marie Dacus has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision.

Respectfully submitted,

*Amanda G Reed*

Amanda G. Reed
Re-Entry Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____11th____ day of _____May_____ , 2026.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL
U.S. DISTRICT JUDGE